ACCEPTED
03-15-00186-CV
5962290
THIRD COURT OF APPEALS
AUSTIN, TEXAS
7/7/2015 2:01:10 PM
JEFFREY D. KYLE
CLERK

## NO. 03-15-00186-CV

_____

IN THE COURT OF APPEALS
THIRD JUDICIAL DISTRICT OF TEXAS
AT AUSTIN

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
7/7/2015 2:01:10 PM
JEFFREY D. KYLE
Clerk

_____

**GLENN HEGAR, COMPTROLLER OF PUBLIC ACCOUNTS
OF THE STATE OF TEXAS; AND
KEN PAXTON, ATTORNEY GENERAL OF THE STATE OF TEXAS,**
*Appellants*

**v.**

**STATEWIDE MATERIALS TRANSPORT, LTD.,**
*Appellee.*

---

**UNOPPOSED, SECOND MOTION FOR
EXTENSION OF TIME TO FILE APPELLEE'S BRIEF**

---

TO THE HONORABLE THIRD COURT OF APPEALS:

Appellee Statewide Materials Transport, Ltd. moves pursuant to Rules 10.5(b) and 38.6(d) of the Texas Rules of Appellate Procedure, asking that this Court grant a 30-day extension of time for filing its Appellee's Brief from July 16 to August 17, 2015. This Motion is UNOPPOSED by Appellants Glenn Hegar, Comptroller of Public Accounts of the State of Texas, and Ken Paxton, Attorney General of the State of Texas.

1

# I.  INTRODUCTION

1.      Appellants are Glenn Hegar, Comptroller of Public Accounts of the State of Texas, and Ken Paxton, Attorney General of the State of Texas ("Appellants").

2.      Appellee is Statewide Materials Transport, Ltd. ("Appellee").

3.      No rule provides a deadline to file this Motion to Extend.   *See* Tex. R. App. P. 38.6(d).

## II. ARGUMENT & AUTHORITIES

4.      The Court has authority under Texas Rule of Appellate Procedure 38.6(d) to extend the time to file Appellee's Brief.   This Motion is filed in accordance with Texas Rule of Appellate Procedure 10.5(b)(1).

5.      Appellee's Brief is currently due on Thursday, July 16, 2015.

6.      The undersigned counsel for Appellee have had several pending deadlines and professional obligations in the preceding weeks, which have prevented them from being able to complete the Brief by July 16, and they have additional deadlines and obligations in the coming weeks that necessitate the 30-day extension now sought without opposition. Primarily, Amanda Taylor has another brief due to this Court on July 20, 2015 (No. 03-14-00713-CV), which has required her full attention to prepare and has prevented the simultaneous preparation of Appellee's Brief in this case.

7. Appellee therefore requests a 30-day extension of its brief-filing deadline.

8. The requested extension of Appellee's Brief deadline will not prejudice any party.

9. One extension of time has previously been granted to Appellee regarding its Brief. Appellee does not intend to seek any further extensions of its Brief deadline in this matter.

10. The $10.00 filing fee has been submitted in connection with this Motion.

## III. PRAYER

For these reasons, Appellee respectfully prays, without any opposition of Appellants, that this Court grant an extension of time to file Appellee's Brief from July 16 to August 17, 2015, which is 30 days from the current deadline.

Respectfully submitted,

**MARTENS, TODD, LEONARD, TAYLOR & AHLRICH**
301 Congress Ave., Suite 1950
Austin, Texas 78701
Telephone:  (512) 542-9898
Telecopier:  (512) 542-9899

By:___*/s/ Amanda G. Taylor*_____
   Amanda Taylor
   ataylor@textaxlaw.com
   State Bar No. 24045921
   James F. Martens
   jmartens@textaxlaw.com
   State Bar No. 13050720
   Lacy L. Leonard
   lleonard@textaxlaw.com
   State Bar No. 24040561
   Danielle V. Ahlrich
   dahlrich@textaxlaw.com
   State Bar No. 24059215

   **ATTORNEYS FOR APPELLEE**
   **STATEWIDE MATERIALS**
   **TRANSPORT, LTD.**

## CERTIFICATE OF CONFERENCE

As required by Texas Rule of Appellate Procedure 10.1(a)(5), I certify that counsel for Appellee has conferred with counsel for Appellants, Mr. Douglas Geyser, about the merits of this Motion on July 7, 2015. Mr. Geyser does not oppose this Motion.

*/s/ Amanda G. Taylor*
Amanda G. Taylor

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Unopposed Second Motion for Extension of Time to File Appellee's Brief has been electronically filed and served on all counsel below on July 7, 2015.

Douglas D. Geyser
Assistant Solicitor General
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548 (MC 059)
Austin, Texas 78711-2548
(512) 936-2540
(512) 474-2697 [fax]
douglas.geyser@texasattorneygeneral.gov

Charles Eldred
Assistant Attorney General
OFFICE OF THE ATTORNEY GENERAL,
FINANCIAL AND TAX LITIGATION DIVISION
P.O. Box 12548
Austin, Texas 78711
(512) 463-1745
(512) 477-2348 [fax]
charles.eldred@texasattorneygeneral.gov

*/s/ Amanda G. Taylor*
Amanda G. Taylor